## WILLIE HINTON V. THE STATE.

No. 19733. Delivered April 13, 1938.
Rehearing denied May 18, 1938.

The opinion states the case.

*Gray & Pope,* of Tyler, for appellant.

*Lloyd W. Davidson,* State's Attorney, of Austin, for the State.

HAWKINS, JUDGE.—Conviction is for possessing for the purpose of sale intoxicating liquor in dry territory, punishment being a fine of $100.00 and thirty days in jail.

The record contains no statement of facts. The only bill of exception complains of the trial court's refusal to quash the

complaint and information. We discover no material defect in the State's pleading.

The judgment is affirmed.

### ON MOTION FOR REHEARING.

GRAVES, JUDGE.—We think this case was properly disposed of in our original opinion herein.

The motion for rehearing will be overruled.